# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ECOLAB, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No.: 1:20-CV-04687-TCB |
| vs. | ) |
| | ) |
| **PRESTON ALEXANDER,** | ) |
| **ONE DEGREE MEDICAL, LLC and** | ) |
| **ONE DEGREE MEDICAL** | ) |
| **HOLDINGS, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION FOR ENTRY OF AGREED PERMANENT INJUNCTION AND ORDER OF DISMISSAL

Plaintiff Ecolab, Inc. and Defendants Preston Alexander, One Degree Medical, LLC and One Degree Medical Holdings, LLC, hereby jointly request the entry of the attached Agreed Permanent Injunction and Order of Dismissal.

Respectfully submitted this the 20th day of February, 2023.

| | |
|---|---|
| */s/John W. Stapleton* | */s/ David J. Younker* |
| John W. Stapleton | Joseph B. Alonso |
| Georgia Bar No. 368790 | Georgia Bar No. 013627 |
| jstapleton@fisherphillips.com | jalonso@gdcrlaw.com |
| | David J. Younker |
| **FISHER & PHILLIPS LLP** | Georgia Bar No. 940387 |
| 1075 Peachtree Street NE | dyounker@gdcrlaw.com |
| Suite 3500 | |
| Atlanta, Georgia 30309 | **GREGORY, DOYLE, CALHOUN & ROGERS, LLC** |
| Telephone: (404) 231-1400 | |
| Facsimile: (404) 240-4249 | 49 Atlanta Street |
| | Marietta, Georgia 30060 |
| *Counsel for Plaintiff* | Telephone: (770) 422-1776 |
| | Facsimile: (770) 426-6155 |
| | |
| | *Counsel for Defendants* |

2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ECOLAB, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No.: 1:20-CV-04687-TCB |
| vs. | ) |
| | ) |
| **PRESTON ALEXANDER,** | ) |
| **ONE DEGREE MEDICAL, LLC and** | ) |
| **ONE DEGREE MEDICAL** | ) |
| **HOLDINGS, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

The undersigned warrants that on February 20, 2023, the foregoing was filed using the Court's CM/ECF system, which will automatically cause a copy to be served on all counsel authorized to receive such notice.

> */s/ John W. Stapleton*
> John W. Stapleton
> Georgia Bar No. 368790
> Fisher Phillips LLP
> *Counsel for Plaintiff*

3